UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PATRICK COLLINS, INC.,**

    Plaintiff,

v.                                         Case No.: 8:11-CV-0574-T-30EAJ

**JOHN DOES 1-4,**

    Defendants.
_____/

## ORDER

Motion:    Plaintiff's **Motion for Extension of Time** (Dkt. 11).

Filing Date:    March 29, 2011.

Disposition:    **GRANTED**. The deadlines in the March 23, 2011 order (Dkt. 7 ¶¶ (3)-(6)) are each extended by two days.

**DONE AND ORDERED** in Tampa, Florida on this 30th day of March, 2011.

ELIZABETH A JENKINS
United States Magistrate Judge