# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**PATRICK COLLINS, INC.,**

    **Plaintiff(s),**

**v.**                                 **CASE NO:  8:11-CV-574-T-30EAJ**

**JOHN DOE 1,**

    **Defendant(s).**

_____/

## ORDER OF DISMISSAL

    Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #20).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE and ORDERED** in Tampa, Florida on October 17, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-574 dismiss 20.docx